UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **DERONDA ASHLEY** | : | **DOCKET NO. 1:22-cv-04445** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **LIBERTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 39], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 39] be **ADOPTED**. Accordingly, the Motion for Sanctions [doc. 17] is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to this court's inherent authority, McClenny Moseley & Associates, PLLC and/or its legal successors[1] is to pay defendants' reasonable attorney's fees. Within fourteen (14) days of this order's filing, defendants are to submit evidence to assist the court in determining the reasonable hours upon which to base a fee award.

**IT IS FURTHER ORDERED** that on or before 14 days after defendants submit their supporting evidence, MMA may traverse the submission and file a response into the record.

**THUS DONE AND SIGNED** in Chambers this 22nd day of April, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Recent filings on respondent's behalf have been made in the name of "MMA, PLLC (formerly known as McClenny Moseley & Associates, PLLC)." *See* Motion to Enroll as Counsel, *In re McClenny Moseley & Associates PLLC*, No. 3:23-mc-62 (W.D. La. Sept. 21, 2023).